IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| CHARLES ALEXANDER WOTHERSPOON,<br><br>                    Appellant,<br>               vs.<br>MONIKA MARIA WOTHERSPOON,<br>                   Respondent. | No. 82487<br><br>**FILED**<br><br>MAR 15 2021<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

*ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Nadin Cutter, District Judge, Family Court Division
        Stephen E. Haberfeld, Settlement Judge
        Kainen Law Group
        Pecos Law Group
        Eighth District Court Clerk

21-07430